UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MIZRAIN GONZALEZ<br><br>        Defendant. | )<br>)<br>)<br>)<br>) CASE NO. CR07-135-SLR<br>)<br>)<br>)<br>)<br>) |

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on NOVEMBER 7, 2007 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until January 14, 2008. The time between the date of this order and January 14, 2008 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

F I L E D

NOV 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE