## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07 –135-SLR |
| | : | **UNDER SEAL** |
| MIZRAIN GONZALEZ | : | |
| | : | |
| Defendant. | : | |

### MOTION FOR A SCHEDULING CONFERENCE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case for the reasons set forth below.

1.   The Grand Jury returned an Indictment against the defendant on October 10, 2007.

2.   The pre-trial motions deadline was set for January 14, 2008. No pre-trial motions have been filed as of the date of this application.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference in order to address the scheduling of trial in this matter. A proposed form of order is attached for the Court's convenience.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Lesley F. Wolf
Lesley F. Wolf
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

DATED:   January 18, 2008

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Criminal Action No. 07 –135-SLR |
| : | **UNDER SEAL** |
| MIZRAIN GONZALEZ : | |
| Defendant. : | |

## ORDER

IT IS HEREBY ORDERED this 23rd day of January, 2008, that

1. A scheduling conference in this matter will be held on the 5th day of February, 2008 at 10:00 a.m. in Courtroom 6B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

2. Because the Court finds that a brief continuance in this matter to permit the Court and the parties to meet and confer on the further scheduling of this case outweighs the interest of the defendant and the public in a speedy trial, IT IS FURTHER ORDERED that the time between the date of this Order and the date of the scheduling conference are excluded from computation of the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(8)(A).

HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE

|  |  |  |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No. 07-135-SLR **UNDER SEAL** |
| MIZRAIN GONZALEZ, | ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby certify that on the 18th day of January 2008, a copy of the foregoing Motion for Scheduling Conference was sent via U.S. mail to counsel of record as follows:

      John S. Malik, Esq.
      100 East 14th Street
      Wilmington, DE 19801

_____
Lesley F. Wolf
Assistant United States Attorney

4