IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-135-SLR |
| MIZRAIN GONZALEZ, | : |
| Defendant. | : |

## MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley Wolf, Assistant United States Attorney for the District of Delaware, moves that the Indictment and file in this case be unsealed. On October 10, 2007, defendant was indicted by the Grand Jury for the District of Delaware. At that time, the Court granted the Government's Motion to Seal the Indictment and File until further motion of the parties. There is no longer need for the matter to remain under seal. Defendant, through his counsel, does not object to the unsealing of the matter. Accordingly, the Government respectfully moves that the Indictment and file be unsealed in the interests of justice.

COLM F. CONNOLLY
United States Attorney

By: /s/ Lesley F. Wolf

Lesley F. Wolf
Assistant United States Attorney

Dated: March 18, 2008

AND NOW, this __18th__ day of __March__, 2008, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be unsealed.

*[signature]*
Honorable Sue L. Robinson
United States District Judge

|                      |   |                                |
|---                   |---|---                             |
| Plaintiff,           | : |                                |
| v.                   | : | Criminal Action No. 07-135 (SLR) |
|                      | : |                                |
| MIZRAIN GONZALEZ,    | : |                                |
|                      | : |                                |
| Defendant.           | : |                                |

## AFFIDAVIT OF SERVICE

I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on March 18, 2008, two copies of the **MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE** were served as indicated upon:

John Malik, Esquire
100 East 14th Street
Wilmington, DE 19801
Via Hand-Delivery


/s/ Kathie Gray
_____
Kathie Gray