IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-135-SLR |
| MIZRAIN GONZALEZ, | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

At Wilmington this 29th day of March, 2008, due to the court's illness;

IT IS ORDERED that the telephonic status conference scheduled for **March 25, 2008** is **rescheduled** to commence on **Wednesday, April 2, 2008 at 3:30 p.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between this order and **April 2, 2008** shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

United States District Judge