## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>   ) | |
| **Plaintiff,** )<br>   ) | |
| v.   ) | Criminal Action No. 07-135-SLR |
|    ) | |
| **MIZRAIN GONZALEZ** )<br>   ) | |
| **Defendant.** ) | |

### INFORMATION PURSUANT TO 21 U.S.C. § 851

The United States Attorney for the District of Delaware alleges and charges pursuant to Title 21, United States Code, Section 851(a), that MIZRAIN GONZALEZ, defendant herein, is subject to the enhanced statutory penalties set forth in Title 21, United States Code, Section 841 by virtue of the defendant's prior conviction for a felony drug offense, to wit, possession with intent to deliver a narcotic schedule I controlled substance, in the Superior Court of Delaware in and for New Castle County, Case No. 0309002539, sentencing date November 12, 2003

          COLM F. CONNOLLY
          United States Attorney


BY:    s/Lesley F. Wolf
       Lesley F. Wolf
       Assistant United States Attorney

Dated: April 30, 2008