

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*                                      *(302) 573-6277*
*1007 Orange Street, Suite 700*                    *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

July 28, 2008

The Honorable Sue L. Robinson
United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    **United States v. Mizrain Gonzalez**
             **Crim. Action No. 07-135-SLR**

Dear Judge Robinson:

      The government is in receipt of defendant's sentencing memorandum. One of the primary factors defendant relies upon in support of his request for a variance is his extraordinary family circumstances and commitment to his children.[1] The government wishes to call to the Court's attention that at the time of his arrest defendant was home alone with his approximately one-year-old son. Officers found a loaded sawed-off shotgun in an unzipped bag on the bottom shelf of a bookcase in the dining room and several hundred bags of heroin nearby on a dining room chair. (See attached Report.)

      The government believes a guideline sentence is appropriate.

                             Respectfully submitted,

                             COLM F. CONNOLLY
                             United States Attorney

BY:                                   
                           Lesley F. Wolf
                           Assistant United States Attorney

Attachment

cc:    John Malik, Esquire

---

      [1]Although defendant cites several other factors, nothing in defendant's background, his rehabilitative efforts, or his letters of support is so "extraordinary" as to warrant a sentencing variance.

## BUREAU OF COMMUNITY CORRECTIONS
## ARREST/INCIDENT REPORT

| | |
|---|---|
| Report#    : ▉▉▉ | Report Date & Time : 09/19/2007 / 08:58 |
| Category   : Initial | Incident Date & Time: 09/18/2007 / 09:01 |
| Facility     : DO52 Wilmington Probation and Parole | |

| | | | | |
|---|---|---|---|---|
| Injuries | : No | Type | : NA | |
| Hospitalized : No | | Where : NA | | |

**Facts of Incident :**

In the weeks prior to 9-18-07 this Probation Officer (Herron), who is assigned to the FBI Violent Crime Task Force, received information that Probationer Mizrain Gonzalez was selling heroin as well as trading heroin for firearms. I contacted his Probation Officer, Stacy Colavito and relayed the information. Officer Colavito agreed that conducting an administrative search would be prudent. On 9-17-07 this writer contacted Probation Supervisor William Craig Watson. After reviewing the information regarding Mr. Gonzalez, Supervisor Watson agreed that an administrative search of Mizrain Gonzalez's reported address ▉▉▉▉ ) was appropriate and authorized same. PO Colavito and myself planned the search. I contacted other members of the FBI Task Force (Cuadrado, Earle and Duffy) who agreed to assist in the capacity of providing security while Probation Officer Colavito and myself conducted the search. On 9-18-07 at 9:01 am this writer and PO Colavito knocked on Mr. Gonzalez reported address, ▉▉▉▉ , Wilmington, DE.. Mr. Gonzalez answered the door wearing only boxer style underwear. He was next to a small boy (approximately 1year to 1 and a half years old). Mizrain indicated that they were the only residents home. He was notified that an administrative search was going to be conducted. He was handcuffed for security and asked to sit down on the couch. This Officer contacted FBI Task Force members Hector Cuadrado and Greg Earle via radio and asked them to come into the residence. PO Colavito and myself began the search in the second floor front bedroom. In the bedroom there was a large bed, a crib, and numerous items of clothing which appeared to be for an adult male and an adult female. On the bed there was a pair of blue jean pants. In a pocket was a wallet which contained a state of Delaware I.D. belonging to Mizrain Gonzalez. In a small dresser (two small drawers) this Officer (Herron) located what appeared to be a stun gun. It was located in the top drawer among numerous dvd movies. On top of a large dresser, behind a t.v., Officer Colivito located a plastic container with money (USC) and change. In the top left hand drawer of the same dresser Officer Colavito located numerous bundles of folded USC bills. One of the other bedrooms on that floor appeared to be that of a young child. The other room had no bed or crib and appeared to be used for storage. Officer Colavito and myself then proceeded to the first floor. In the dining area (just beyond the living room) I located a blue duffle type bag on the bottom shelf of a book case. The bag also had some pink and white in it and the words Peace, Love, Pink on one side. The zipper to the bag was unzipped and inside the bag was what appeared to be a sawed off shot gun. There was also a plastic Walmart bag. Inside the bag was a box of shot gun shells. This Officer then checked the top right hand drawer of a wood and glass china cabinet located in the dining area. In the front of the drawer were two groups of folded bundles of USC. They were rubber banded together. The outside bills were 100,s. In the second drawer from the top middle row there was a small rectangular box containing what appeared to be packaged heroin (5 bundles rubber banded together, 2 bundles rubber banded together and a separate bundle). Shortly thereafter, I pulled a chair away from the dining room table. On the chair there was a dark plastic bag. Inside the bag was a rectangular package covered in newspaper ads. It had been ripped open and revealed that it was partially filled with what appeared to be heroin. It was on top of a similar package which had not yet been opened. Shortly thereafter, Special Agent Scott Duffy arrived. Also, based on the contraband located, the ATF along with other members of Operation Fed-Up were contacted. Upon their arrival ATF Agent Patrick Fyock read Mr. Gonzalez his rights. Agent Fyock re-read Mr. Gonzalez his rights prior to FBI Special Agent Scott Duffy talking with him. Mizrain Gonzalez agreed to talk. Mizrain stated that he and his girlfriend ▉▉▉ were the only adults that lived there. He further stated that ▉▉▉ (who had come and taken custody of the child present) was angry with him because she had been unaware of his illegal activity. He acknowledged that he knew about the presence of the shot gun and drugs in the residence. When asked if there were any other weapons in the residence, he replied "No, except for a stun gun upstairs". These statements were made in this Officer's presence.
Members of the Fed-Up Task Force took custody of Mr. Gonzalez. FBI Task Force member (and Wilmington Police Officer) Hector Cuadrado took custody of the evidence. The evidence was taken to Wilmington Police Headquarters where it was inventoried and turned over to the Wilmington Police evidence unit per their policy. At this time Operation Fed-Up will be move forward Federally with the new offenses based on the administrative search and Probation and Parole (Officer Colavito) will proceed with the Violation of Probation.

**Follow Up Comments :**

N/A

**Supervisor Comments :**

N/A

| | | | |
|---|---|---|---|
| Reporting Officer | *Mark Herron*    Herron Mark S | Supervisor Name : | *Craig Wat* |
| Date : 9-19-07 | | Date : 9/19/07 | |

00000009