IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-135-SLR |
| MIZRAIN GONZALEZ, | : |
| Defendant. | : |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts One and Four of the Indictment in this matter dated October 10, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Lesley F. Wolf
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

DATED:   August 5, 2008

IT IS SO ORDERED this 5th day of August 2008.

_____
HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE